NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MICHAEL R. GERI,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7055

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1224, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

Upon consideration of the Michael R. Geri's unopposed motion for an extension of time until July 6, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**JUN 2 9 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael D.J. Eisenberg, Esq.
     Dawn E. Goodman, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 9 2010

JAN HORBALY
CLERK